1012

THE STATE OF WASHINGTON, *Respondent,* v. MARC
D. MONTGOMERY, *Appellant.*

Withdrawn by order of the Court of Appeals dated May
5, 1982. See 31 Wn. App. 745.

[No. 8471–2–I.   Division One.   August 24, 1981.]

CUBIE PUGH, ET AL, *Appellants,* v. LOWERY
PUGH, ET AL, *Respondents.*

Appeal from judgments of the Superior Court for King
County, No. 845457, Eugene G. Cushing, J., entered February 1 and 21, 1980. *Affirmed in part* and *reversed in part*
by unpublished opinion per Durham, J., concurred in by
Williams and Corbett, JJ.

[No. 3685–5–III.   Division Three.   August 25, 1981.]

JAMES D. JOHNSON, *Appellant,* v. IVAN J.
COMPTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 32540, Charles W. Cone, J., entered
October 19, 1979. *Affirmed* by unpublished opinion per
Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 4615–II.   Division Two.   August 25, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW
COOK, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 79–1–00261–5, John N. Skimas, J., entered
December 14, 1979. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Reed, C.J., and Petrich, J.